FREEWAY MEDIA, LLC., Appellant,

v.

CITY OF KANSAS CITY, Missouri, Respondent.

No. WD 61694.

Missouri Court of Appeals, Western District.

April 8, 2003.

Thomas E. Hankins, Gladstone, MO, for Appellant.

Douglas M. McMillan, Kansas City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

## *ORDER*

PER CURIAM.

Freeway Media, L.L.C. ("Freeway") appeals the judgment of the trial court, which granted the City of Kansas City, Missouri's, ("the City") summary judgment motion based on the doctrines of res judicata and sovereign immunity.

For the reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Elvis COX, Appellant.

No. WD 60562.

Missouri Court of Appeals, Western District.

April 8, 2003.

Vanessa Caleb, Kansas City, MO, for Appellant.

John M. Morris, Jefferson City, MO, for Respndent.

Before HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Elvis Cox appeals his convictions for first-degree felony assault with serious physical injury, § 565.050, RSM0 2000, and armed criminal action, § 571.015. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 30.25(b).